**SHAPIRO, CROLAND, REISER,**
**APFEL & Di IORIO, LLP**
Continental Plaza II
411 Hackensack Avenue
Hackensack, New Jersey 07601
201-488-3900
Attorneys for Plaintiff
Troma Entertainment, Inc.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROMA ENTERTAINMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>CENTENNIAL PICTURES INC.,<br>PAN GLOBAL ENTERTAINMENT, LLC<br>LANCE ROBBINS and KING BRETT<br>LAUTER<br>Defendants. | Case No.: CV-11-1137<br><br><br><br><br>**MOTION FOR ENTRY OF**<br>**DEFAULT JUDGMENT** |

Plaintiff, Troma Entertainment, Inc., requests that entry of judgment by default be entered against defendants, Centennial Pictures, Inc., Pan Global Entertainment, LLC, and King Brett Lauter, pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff relies upon the record in this case and the affidavit and letter brief submitted herein.

Dated this 7 day of June 2011

Shapiro, Croland, Reiser,
Apfel & Di Iorio, LLP
Attorneys for Plaintiff
By:
Stuart Reiser

203592-1