Under Federal Rule of Civil Procedure 5(d), discovery requests and responses must not be filed with the Court unless they are exhibited to a motion in which a party is seeking relief from the Court. Defendant Robbins is therefore directed to stop filing these documents.

SO ORDERED: 7/12/11

*U.S.D.J.*

DOCKET & FILE

RECEIVED
HON. Brian M. Cogan
JUL 8 2011

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Lance H. Robbins
23750 Canzonet Street
Woodland Hills, Ca 91367
818-312-1702
Defendant, In Pro Se.

---

TROMA ENTERTAINMENT, INC

Plaintiff,

vs.

CENTENNIAL PICTURES, INC, ET AL.

Defendant

Case No.: CV-11-1137

**DEFENDANT, LANCE ROBBINS SECOND REQUEST FOR PRODUCTION OF DOCUMENTS FROM PLAINTIFF, TROMA ENT.**

TO: SHAPIRO, CROLAND, REISER, APFEL & Di IORIO, LLP
Continental Plaza II
411 Hackensack Avenue
Hackensack, New Jersey 07601
Phone: 201-488-3900
Attorneys for Plaintiff, Troma Entertainment, Inc.