November 21, 2011, the same date upon which my Opposing Documents are due.

I respectfully request that I be allowed until that date to mail my Response to Plaintiff's opposition to the Motion for Summary Judgment to the Court and to the Plaintiff's counsel, and grant an extension of time for Oral Argument to be heard on a later date such as to provide your Honor with sufficient time to review my Opposing Documents.

Thank you for your courtesy and cooperation in this matter.

Sincerely,

Lance H. Robbins
Defendant, Pro Se

23750 Canzonet Street
Woodland Hills, California 91367
lancerobbins@me.com
818-312-1702

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 17 2011
BROOKLYN OFFICE

Request granted in part and denied in part. Defendant Lance Robbins may mail his reply to plaintiff's opposition on or before 11/21. The Court does not, however, require the reply prior to oral argument. Accordingly, oral argument will proceed as scheduled. Plaintiff is directed to serve a copy of this endorsed order on Mr. Robbins via email and file proof of service forthwith.

SO ORDERED.          11/17/2011

U.S.D.J.

e following transaction was entered on 11/16/2011 at 4:18 PM EST and filed on 11/16/2011

| | |
|---|---|
| **Case Name:** | Troma Entertainment, Inc. v. Centennial Pictures Inc. et al |
| **Case Number:** | 1:11-cv-01137-BMC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:** SCHEDULING ORDER: The Court will hold Oral Argument <u>by telephone</u> on 11/21/11 on defendant's [35] Motion for Summary Judgment. Plaintiff's counsel is directed to initiate the call and will call Chambers no. 718-613-2230 at 4:30 pm. In addition, plaintiff is directed to serve a copy of this Scheduling Order via email on defendant pro se and file proof of service forthwith. Ordered by Judge Brian M. Cogan on 11/16/2011. (Weisberg, Peggy)

The following transaction was entered on 11/16/2011 at 4:18 PM EST and filed on 11/16/2011

| | |
|---|---|
| **Case Name:** | Troma Entertainment, Inc. v. Centennial Pictures Inc. et al |
| **Case Number:** | 1:11-cv-01137-BMC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:** SCHEDULING ORDER: The Court will hold Oral Argument <u>by telephone</u> on 11/21/11 on defendant's [35] Motion for Summary Judgment. Plaintiff's counsel is directed to initiate the call and will call Chambers no. 718-613-2230 at 4:30 pm. In addition, plaintiff is directed to serve a copy of this Scheduling Order via email on

**defendant pro se and file proof of service forthwith. Ordered by Judge Brian M. Cogan on 11/16/2011. (Weisberg, Peggy)**

Honorable Judge Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

SEE ENDORSEMENT ON PAGE 2

November 17, 2011
VIA FAX

Re: Troma Entertainment Inc v. Centennial Pictures, et al
Case No: 1:11-cv-01137-BMC

Dear Judge Cogan:

I am the defendant Pro Se in the above-referenced matter.
I filed a Motion for Summary Judgment pursuant to the Court's order on October 28, 2011 and the this transaction was entered into the court docket on November 1, 2011.
Attorneys for Plaintiff, Troma Entertainment, filed and served their Opposition to Defendant's Motion for Summary Judgment and supporting Documents on November 14, 2011.
Local Rule 6 (1) (b) states that "any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers".
On that basis, your Honor, the due date to file my reply is November 21, 2011.
When I filed the Motion for Summary Judgment, I called the Court to determine the hearing date, so that it could be included in the Notice of Motion. When I called the Clerk I was told to intentionally leave the date "blank" and that it would be filled in by the Court.
I did not receive any information as to the date of any hearing until yesterday, November 16, 2011, which stated that the actual hearing on the Motion and Oral Argument is stated to be held on