Brett Lauter

P.O. Box 80

Lompoc CA 93436

310-663-2528

kblaut@gmail.com

Defendant, Pro Se

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    OCT 0 9 2013    ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NEW YORK

**CASE NO.: CV-11-1137 (BMC)**

| | |
|---|---|
| Troma Entertainment Inc., | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) |
| Lance Robbins and King Brett Lauter, | ) |
| Defendants. | ) |

**DEFENDANT LAUTER'S MOTION TO TAX COSTS; DECLARATION OF KING BRETT LAUTER IN SUPPORT THEREOF [FRCP 54(d) & LOCAL RULE 54.1]**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Comes now Defendant, King Brett Lauter, requesting, pursuant to FRCP 54(d) and Local Rule 54.1, an award of costs.

## INTRODUCTION AND SUMMARY OF ARGUMENT

**DEFENDANT LAUTER'S MOTION TO TAX COSTS**

1

On April 18, 2012 the Court dismissed the herein action as a result of a Motion to Dismiss filed by Defendant. The grounds for dismissal were lack of personal jurisdiction and improper venue of the action.

On May 3, 2012 Plaintiff filed an Appeal of the Court's judgment.

On September 6, 2013, the Court's judgment was affirmed by the Appeals Court. The notice of the Appeals Court's decision was served upon Defendant by mail.

As a result of the judgment of dismissal by this Court and the Appeals Court's affirmation of the judgment, Defendant is the prevailing party in the action.

Defendant herewith files the attached Bill of Costs for his costs in defending the action.

Pursuant to FRCP 54(d)(1) "costs ....should be allowed to the prevailing party".

Pursuant to 17 USC 505 "in any case under this title, the court in its discretion may allow recovery of full costs by or against any party ...."

According to Black's Law Dictionary, the "prevailing party" is "one of the parties to a suit who successfully defends against it....." [See Belding v. Conklin, 2 Code Rep. (N.Y.) 112]

Defendant has incurred taxable costs of $800.14 in defending the action as further detailed in the attached "Bill of Costs", Declaration of King Brett Lauter, and attached receipt copies.

## CONCLUSION

By virtue of the foregoing, Defendant respectfully requests that the Court award his costs in the amount of $800.14, such other and further relief as may be just and proper in this case.

**DEFENDANT LAUTER'S MOTION TO TAX COSTS**

2

Dated:  October 4, 2013.

Respectively submitted:

KING BRETT LAUTER

PRO SE DEFENDANT

**DEFENDANT LAUTER'S MOTION TO TAX COSTS**

## DECLARATION OF KING BRETT LAUTER

I, King Brett Lauter (aka Brett Lauter) [hereinafter "Defendant"], am a Defendant in the above entitled action. The following facts are true and correct of my own personal knowledge. If called upon to do so, I could and would competently testify thereto in a Court of Law.

I have incurred costs in printing documents which were filed with the Court and served upon the various parties and their attorneys. These copies were produced at a cost of $0.50 per page for a total cost of $423.50. [Statutory authorities FRCP 54; 17 USC 505]

I have incurred costs of $356.69 for service of pleadings on the Court Clerk, Judge Cogan and the various parties in this case. [Statutory authorities FRCP 54; 17 USC 505]

I anticipate I will incur an additional cost of $19.95 for service of this motion on the Court Clerk, Judge Cogan and the various parties to this case. [Statutory authorities FRCP 54; 17 USC 505]

My total taxable costs in this case (excluding attorneys' fees, paralegal fees, and non-taxable costs) are $800.14.

I herewith attach true and correct copies of receipts and statements evidencing the herein stated costs.

I declare that the foregoing is true and correct under penalty of perjury and under the laws of California.

Dated: October 4, 2013.

By:_____

KING BRETT LAUTER

**DEFENDANT LAUTER'S MOTION TO TAX COSTS**
4

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York  ▾

| | | |
|---|---|---|
| Troma Entertainment Inc. | ) | |
| | ) | |
| v. | ) | Case No.:11-1137 (BMC) |
| Lance Robbins and King Brett Lauter | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _Sept. 6, 2013_ against   **Troma Entertainment Inc.** ,
  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 423.50 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 376.64 |
| Other costs *(please itemize)* . . See attached "Detail" . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 800.14 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☑ First class mail, postage prepaid

☐ Other:

s/ Attorney:   _Brett Lauter_

Name of Attorney: **King Brett Lauter**

For: _____ **King Brett Lauter, Defendant Pro Se** _____   Date: _10/4/13_
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____
       *Clerk of Court*                          *Deputy Clerk*                          *Date*

5

6

# EXHIBIT A
## BILL OF COSTS DETAIL IN DOLLARS

| DESCRIPTION | # OF PAGES | COST/PAGE | TOTAL COST |
|---|---|---|---|
| **PRINTING & COPIES OF PLEADINGS** | | | |
| WAIVER OF SERVICE | 8 | 0.5 | 4 |
| MOTION TO SET ASIDE DEFAULT | 116 | 0.5 | 58 |
| REPLY OPPOSITION MOTION SET ASIDE DEFAULT | 44 | 0.5 | 22 |
| EVIDENTIARY OBJECTIONS | 12 | 0.5 | 6 |
| PROPOSED ORDER | 12 | 0.5 | 6 |
| MOTION TO DISMISS COMPLAINT | 100 | 0.5 | 50 |
| REPLY OPPOSITION MOTION DISMISS | 44 | 0.5 | 22 |
| LETTER TO JUDGE COGAN RE: DISCOVERY | 16 | 0.5 | 8 |
| APPEALS BRIEFING REQUEST | 18 | 0.5 | 9 |
| APPEALS APPELLEE'S BRIEF | 360 | 0.5 | 180 |
| APPEALS SUR-REPLY #1 | 36 | 0.5 | 18 |
| APPEALS SUR-REPLY #2 | 81 | 0.5 | 40.5 |
| MAILING & SERVICE OF PLEADINGS | | | 356.69 |
| COST OF SERVICE FOR "BILL OF COSTS" | | | 19.95 |

| **TOTAL TAXABLE COSTS** | | | **800.14** |

**PGE MEDIA CORP. 1158 26th Street Santa Monica CA 90403 USA**

## STATEMENT OF ACCOUNT

NO.:        1000149

DATED:      October 4, 2013

VENDOR:     PGE MEDIA CORP.
            1158 26TH STREET NO 767
            SANTA MONICA CA          USA

SOLD TO:    BRETT LAUTER

DESCRIPTION:

PRINTING SERVICES RE: CASE 11-1137: 847 PAGES @ $ 0.50 PER PAGE

| PRINTING & COPIES OF PLEADINGS | # PAGES | COST/PAGE | TTL |
|---|---|---|---|
| WAIVER OF SERVICE | 8 | 0.5 | 4 |
| MOTION TO SET ASIDE DEFAULT | 116 | 0.5 | 58 |
| REPLY OPPOSITION MOTION SET ASIDE DEFAULT | 44 | 0.5 | 22 |
| EVIDENTIARY OBJECTIONS | 12 | 0.5 | 6 |
| PROPOSED ORDER | 12 | 0.5 | 6 |
| MOTION TO DISMISS COMPLAINT | 100 | 0.5 | 50 |
| REPLY OPPOSITION MOTION DISMISS | 44 | 0.5 | 22 |
| LETTER TO JUDGE COGAN RE: DISCOVERY | 16 | 0.5 | 8 |
| APPEALS BRIEFING REQUEST | 18 | 0.5 | 9 |
| APPEALS APPELLEE'S BRIEF | 360 | 0.5 | 180 |
| APPEALS SUR-REPLY #1 | 36 | 0.5 | 18 |
| APPEALS SUR-REPLY #2 | 81 | 0.5 | 40.5 |

TOTAL                                     US$  423.50

===============================================================
TOTAL AMOUNT BILLED                       US$  423.50

PAID IN FULL BY CASH

 **PAID**

7



The FedEx US Airbill has changed. See Section 4.

Company US District Court
Address 225 Cadman Plaza East
City Brooklyn    State NY    zip 11201

**FedEx Office**

425 GLENCOE AVE
MARINA DEL REY, CA 90292

Location:        CIBK
Device ID:       CIBK-POS1
Employee:        1706439
Transaction:     78045964798

STANDARD OVERNIGHT

Scheduled Delivery Date 02/23/2012

Shipment Subtotal:        36.13

Total Due:                36.13

(V) CreditCard:           36.13
************5946

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

February 22, 2012 3:27:21 PM

612

8

Sender's Co

**US Airbill**

*Please print and press hard.*

Date **2/23/2012**

Sender's FedEx
Account Number

Sender's
Name **Brett Lauter**    Phone ( **310** ) **663 2525**

Company **POB   9935**

Address

City **Marina del Rey**  State **CA**  ZIP **90295**

Cust./Floor/Suite/Room

## 2  Your Internal Billing Reference
First 24 characters will appear on invoice

## 3  To

Recipient's
Name **Clerk**    Phone ( **718** ) **613 2235**

Company **US District Court**

Address **225 Cadman Plaza East**
We cannot deliver to P.O. boxes or P.O. ZIP codes.
City/Floor/Suite/Room

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City **Brooklyn**    State **NY**  ZIP **11201**

**HOLD Weekday**
FedEx location address
REQUIRED. NOT available for
FedEx Express Overnight

**HOLD Saturday**
FedEx location address
REQUIRED. AVAILABLE ONLY for
FedEx Priority Overnight and
FedEx 2Day to select locations.

### 4  Express Package Service    *To most locations.*
NOTE: Service order has changed. Please select carefully.

*Packages up to 150 lbs.*
For packages over 150 lbs, use the
FedEx Express Freight US Airbill.

| Next Business Day | 2 or 3 Business Days |
|---|---|
| ☐ FedEx First Overnight<br>Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected. | ☐ NEW FedEx 2Day A.M.<br>Second business morning.*<br>Saturday Delivery NOT available. |
| ☐ FedEx Priority Overnight<br>Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected. | ☐ FedEx 2Day<br>Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected. |
| ☒ FedEx Standard Overnight<br>Next business afternoon.*<br>Saturday Delivery NOT available | ☐ FedEx Express Saver<br>Third business day.*<br>Saturday Delivery NOT available. |

### 5  Packaging  *Declared value limit $500.*

☒ FedEx Envelope*  ☐ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube  ☐ Other

### 6  Special Handling and Delivery Signature Options

☐ SATURDAY Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☒ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

Does this shipment contain dangerous goods?
One box must be checked.

☒ No
☐ Yes
As per attached Shipper's Declaration
☐ Yes
Shipper's Declaration not required
☐ Dry Ice
Dry Ice, 9, UN 1845 ___ x ___ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

☐ Cargo Aircraft Only

### 7  Payment  *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender
Acct. No. in Section 1 will be billed.
☐ Recipient  ☐ Third Party  ☒ Credit Card  ☐ Cash/Check

FedEx Acct. No.
Credit Card No.

Total Packages    Total Weight    Total Declared Value†
_____    _____ lbs    $ _____ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

Rev. Date 11/10 • Part #153135 •©1994–2010 FedEx • PRINTED IN U.S.A. SRY

**612**

## !  The FedEx US Airbill has changed. See Section 4.
For shipments over 150 lbs, order the new FedEx Express Freight US Airbill.

9



EI 234217378 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®
Post Office To Addressee
Label 11-B, March 2004

13436

Postage $ 16.95

Month 10 Day 31

3 PM

Total Postages & Fees $ 16 95

PHONE 310 663 2528

~auter
1110 Briar Creek Way #104
~ompoc CA 93436

TO: (PLEASE PRINT) PHONE 212 857 8500

Clerk - Appeals Court
U.S, Court House
40 Foley Square
New York NY

1 0 0 0 7 +

www.usps.com
1-800-222-1811

---

EI 808876625 US

**EXPRESS MAIL**
Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE®
Post Office To Addressee

93436

Postage $ 19.95

Month 04 Day 26

52 PM

lbs. 8 ozs.

Total Postages & Fees $ 19 95

PHONE 310 663 2528

~rett Lauter
~O Box 80
~ompoc CA 93436

TO: (PLEASE PRINT) PHONE 212 857 8576

Clerk - US Appeals Court
2nd Circuit
40 FOLEY SQUARE
New York NY

1 0 0 0 7 +

www.usps.com
1-800-222-1811

10

EI 234217320 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®
**Post Office To Addressee**
Label 11-B, March 2004

**ORIGIN (POSTAL SERVICE USE ONLY)**

ZIP Code: DC20

Day of Delivery: ☐ Next ☐ 2nd ☐ 3rd Del. Day

Postage: $

Scheduled Date of Delivery
Month ___ Day ___

Return Receipt Fee: $

Scheduled Time of Delivery
☐ Noon ☐ 3 PM

COD Fee / Insurance Fee: $

Time Accepted ☐ AM ☐ PM

Military ☐ 2nd Day ☐ 3rd Day

Total Postage & Fees: $

Flat Rate ☐ or Weight ___ lbs. ___ ozs.

Int'l Alpha Country Code

Acceptance Emp. Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. ___ Day ___ | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. ___ Day ___ | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. ___ Day ___ | | ☐ AM ☐ PM | |

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( 310 ) 663 2528

LAUTER
P.o. Box 7935
Marina del Rey CA 90295

FOR PICKUP OR TRACKING
www.usps.com
1-800-222-1811

TO: (PLEASE PRINT) PHONE (

Clerk, U.S. District Court
225 Cadman Plaza East
Brooklyn NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
1 1 2 0 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

---

EH 356133068 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®
**Post Office To Addressee**
Customer Copy
Label 11-B, March 2004

**ORIGIN (POSTAL SERVICE USE ONLY)**

ZIP Code: 90292

Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day

Postage: $

Scheduled Date of Delivery
Month 3 Day 15

Return Receipt Fee

Scheduled Time of Delivery
☑ Noon ☐ 3 PM

COD Fee / Insurance Fee: $

Time Accepted 3/14/12 ___ :49 ☐ AM ☑ PM

Military ☐ 2nd Day ☐ 3rd Day

Total Postage & Fees: $ 18.95

Flat Rate ☐ or Weight ___ lbs. 13 ozs.

Int'l Alpha Country Code

Acceptance Emp. Initials

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. ___ Day ___ | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. ___ Day ___ | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. ___ Day ___ | | ☐ AM ☐ PM | |

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE ( 310 ) 663 2528

Lauter
P.O. Box 7935
Marina del Rey CA 90295

FOR PICKUP OR TRACKING
www.usps.com
1-800-222-1811

TO: (PLEASE PRINT) PHONE (

Clerk, U.S. District Court
225 Cadman Plaza East
Brooklyn, NY

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
1 1 2 0 1 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

9029 AIRPORT BLVD
LOS ANGELES, CA 90009-9998

04/09/2012                        09:28:02 PM

EL 234217320 US
Sales Receipt
Product          Sale      Unit       Final
Description      Qty       Price      Price

BROOKLYN, NY  11201                   $18.95
**Zone-8 Express Mail® PR
Env with $100.00 insurance
0 lb. 9.40 oz.
Signature waived
' Expected delivery Wednesday, April
11, by noon if you mail it here
before midnight today.
Money Back Guarantee
%% Label #: See Attached Form

Issue Postage                         $18.95

Total:                                $18.95

Paid by:
VISA                                  $18.95
  Account #:        XXXXXCXXXXXX5946
  Approval #:       092800
  Transaction #:    867
  23-902206005-99

APC Transaction #:       164
USPS® #:                 054501-9576

** Delivery date may be affected by
the time tendered to the Postal
Service™ in addition to weekend and
holiday operational hours and
transportation availability

%% To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
Automated Postal Center™ (or any
Automated Postal Center™ at other
Postal locations) or call
1-800-222-1811.

Please retain all receipts from
affixed forms. For inquiries or
service failure refunds, both the
sale receipt and the customer copy
from the affixed form shall be
required.

Thanks.
It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

---

LOMPOC PO
LOMPOC, California
934366526
0581020436 -0098
04/24/2013    (800)275-8777    01:52:03

Sales Receipt
Product          Sale    Unit        Fir
Description      Qty     Price        Pri

NEW YORK NY 10007                     $19
Zone-8 Express Mail
PO-Add Legal Flat Rate
Env
5.80 oz.
Label #: EI808876625US
Fri 04/26/13 03:00PM - Expected
Delivery. Money Back Guarantee
Signature Requested

Issue PVI:                            $19

Total:                                $19

Paid by:
Debit Card                            $19
  Account #:      XXXXXXXXXXXX6732
  Approval #:     979565
  Transaction #:  274
  23 903600401
  Receipt#:       000307

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknsh
to print shipping labels with postage.
other information call 1-800-ASK-USPS.
*******************************
*******************************
Get your mail when and where you want
with a secure Post Office Box. Sign up
a box online at usps.com/poboxes.
*******************************
*******************************

Bill#: 1000204602220
Clerk: 17

  All sales final on stamps and posta
  Refunds for guaranteed services on
     Thank you for your business
*******************************
*******************************
      HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

      YOUR OPINION COUNTS
*******************************
*******************************


            Customer Copy

---

12

MARINA DEL REY POST OFFICE
MARINA DEL REY, California
902929998
0544950301 -0097
08/17/2012    (310)306-4533    11:01:21 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|

NEW YORK NY 10007
Zone-8 Priority Mail
Window Flat Rate Env
1.80 oz.
Expected Delive. Mon 08/20/12
Delivery Confirmation    $0.75
Label #:    9121430000208123385
Issue PVI:    $5.90

Total:    $5.90

Paid by:
Cash    $20.00
Change Due:    -$14.10
*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*****************************************

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************

Bill#: 1000303940968
Clerk: 05

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
*****************************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
*****************************************

Customer Copy

---

MARINA DEL REY
4766 ADMIRALTY WAY
MARINA DEL REY, CA 90292-9998

03/14/2012    01:37:5

Sales Receipt

| Product Description | Sale Qty | Unit Price | P |
|---|---|---|---|

BROOKLYN, NY 11201    $1
**Zone-8 Express Mail® FR
Env with $100.00 Insurance
0 lb. 11.40 oz
* Expected delivery tomorrow, Mar
15, by noon if you mail it here
before 3:30PM today.
Money Back Guarantee
%% Label # See Attached Form

Issue Postage:    $1

Total:    $1

Paid by:
VISA    $1
Account #:    XXXXXXXXXXXXX5946
Approval #:    053916
Transaction #:    981
23-902200245-99

APC Transaction #:    47
USPS® #    058110-

** Delivery date may be affected b
the time tendered to the Postal
Service™ in addition to weekend an
holiday operational hours and
transportation availability.

%% To check on the delivery status
this article, visit our Track &
Confirm website at USPS.com, use t
Automated Postal Center™ (or any
Automated Postal Center™ at other
Postal locations) or call
1-800-222-1811.

Please retain all receipts from
affixed forms. For inquiries or
service failure refunds, both the
sales receipt and the customer cop
from the affixed form shall be
required.

Thanks.
It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POST
REFUNDS FOR GUARANTEED SERVICES ON

---

13

```
                    LOMPOC PO
                LOMPOC, California
                    934366526
                 0581020436 -0095
  10/29/2012    (800)275-8777    04:12:32 PM

  ─────────── Sales Receipt ───────────
  Product            Sale  Unit      Final
  Description        Qty   Price     Price

  CARSON CITY NV 89701                $18.95
  Zone-4 Express Mail
  PO-Add Flat Rate Env
  2.40 oz.
  Label #: EI234217395US
  Wed 10/31/12 03:00PM - Expected
  Delivery. Money Back Guarantee
  Signature Waived
                                    ========
  Issue PVI:                         $18.95

  NEW YORK NY 10007                   $46.95
  Zone-8 Express Mail
  PO-Add
  3 lb.  3.00 oz.
  Label #: EI234217378US
  Wed 10/31/12 03:00PM - Expected
  Delivery. Money Back Guarantee
  Signature Requested
                                    ========
  Issue PVI:                         $46.95


  Total:                             $65.90

  Paid by:
  VISA                               $65.90
    Account #:      XXXXXXXXXXXX1184
    Approval #:     069011
    Transaction #:  778
  23 903600401

  Order stamps at usps.com/shop or call
  1-800-Stamp24.  Go to usps.com/clicknship
  to print shipping labels with postage.
  For other information call 1-800-ASK-USPS.
  ******************************************
  ******************************************
  Get your mail when and where you want it
  with a secure Post Office Box. Sign up for
  a box online at usps.com/poboxes.
  ******************************************
  ******************************************


  Bill#: 1000503855644
  Clerk: 10

    All sales final on stamps and postage
     Refunds for guaranteed services only
         Thank you for your business
  ******************************************
  ******************************************
        HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

       YOUR OPINION COUNTS
  ******************************************
  ******************************************


             Customer Copy
```

14

## U.S. Postal Service
# CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.56 |

Postmark Here

04/16/2013

Sent To
Clerk US Appeals Court 2nd C
Street, Apt. No.; or PO Box No.
Foley Square
City, State, ZIP+4
New York NY 1000

PS Form 3800, August 2006        See Reverse for Inst

---

Issue PVI:                    $3.56

FRESNO CA 93888 Zone=3        $0.46
First-Class Letter
0.40 oz.

Issue PVI:                    ========
                              $0.46

(Forever)          20  $0.46    $9.20
Great Film
Directors

Total:                       $13.22

Paid by:
Debit Card                   $13.22
  Account #:       XXXXXXXXXXXX6732
  Approval #:      923741
  Transaction #:   586
  23 903600989
  Receipt#:        001781

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000101094836
Clerk: 22

    All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
*******************************************
*******************************************
        HELP US SERVE YOU BETTER

    Go to: https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

         YOUR OPINION COUNTS
*******************************************
*******************************************

15

Customer Copy

```
===========================================
          MARINA DEL REY
          4766 ADMIRALTY WAY
          MARINA DEL REY, CA 90292-9998

03/14/2012                    01:37:57 PM
===========================================

              Sales Receipt
Product          Sale    Unit    Final
Description      Qty     Price    Price


BROOKLYN, NY  11201               $18.95
**Zone-8 Express Mail® PR
Env with $100.00 insurance
0 lb. 11.40 oz
* Expected delivery tomorrow, March
15, by noon if you mail it here
before 3:30PM today
Money Back Guarantee
%% Label #: See Attached Form
                                ========
Issue Postage:                    $18.95

Total                             $18.95

Paid by:
VISA                              $18.95
   Account #:    XXXXXXXXXXXX5946
   Approval #:      053916
   Transaction #:    981
   23-902200245-99

APC Transaction #:       47
USPS® #              058110-9551

** Delivery date may be affected by
the time tendered to the Postal
Service™ in addition to weekend and
holiday operational hours and
transportation availability.

%% To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
Automated Postal Center™ (or any
Automated Postal Center™ at other
Postal locations) or call
1-800-222-1811.

Please retain all receipts from
affixed forms. For inquiries or
service failure refunds, both the
sales receipt and the customer copy
from the affixed form shall be
required.

               Thanks.
     It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

```
===========================================

04/09/2012                    09:28:02 PM
===========================================
       EL 234217320 US
              Sales Receipt
Product          Sale    Unit    Final
Description      Qty     Price    Price


BROOKLYN, NY  11201               $18.95
**Zone-8 Express Mail® PR
Env with $100.00 insurance
0 lb. 9.40 oz.
Signature waived
* Expected delivery Wednesday, April
11, by noon if you mail it here
before midnight today.
Money Back Guarantee
%% Label #: See Attached Form
                                ========
Issue Postage:                    $18.95

Total:                            $18.95

Paid by:
VISA                              $18.95
   Account #:    XXXXXXXXXXXX5946
   Approval #:      D92800
   Transaction #:    867
   23-902200005-99

APC Transaction #:       164
USPS® #              054501-9576

** Delivery date may be affected by
the time tendered to The Postal
Service™ in addition to weekend and
holiday operational hours and
transportation availability.

%% To check on the delivery status of
this article, visit our Track &
Confirm website at USPS.com, use this
Automated Postal Center™ (or any
Automated Postal Center™ at other
Postal locations) or call
1-800-222-1811.

Please retain all receipts from
affixed forms. For inquiries or
service failure refunds, both the
sales receipt and the customer copy
from the affixed form shall be
required.

               Thanks.
     It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

16

```
            LOMPOC PO
          LOMPOC, California
             934366526
          0581020436 -0095
10/29/2012   (800)275-8777    04:12:32 PM
```

```
              Sales Receipt
Product         Sale   Unit      Final
Description      Qty   Price      Price

CARSON CITY NV 89701              $18.95
Zone-4 Express Mail
PO-Add Flat Rate Env
  2.40 oz.
  Label #: EI234217395US
  Wed 10/31/12 03:00PM - Expected
  Delivery. Money Back Guarantee
  Signature Waived
                                ========
  Issue PVI:                     $18.95

NEW YORK NY 10007                $46.95
Zone-8 Express Mail
PO-Add
3 lb.  3.00 oz.
  Label #: EI234217378US
  Wed 10/31/12 03:00PM - Expected
  Delivery. Money Back Guarantee
  Signature Requested
                                ========
  Issue PVI:                     $46.95

Total:                           $65.90

Paid by:
VISA                             $65.90
  Account #:        XXXXXXXXXXXX1184
  Approval #:       069011
  Transaction #:    778
23 903600401

Order stamps at usps.com/shop or call
1-800-Stamp24.  Go to usps.com/clickn ship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************

Bill#: 1000503855644
Clerk: 10

   All sales final on stamps and postage
   Refunds for guaranteed services only
       Thank you for your business
*****************************************
*****************************************
       HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*****************************************
*****************************************


            Customer Copy
```

```
       MARINA DEL REY POST OFFICE
       MARINA DEL REY, California
             902929998
          0544850301 -0097
08/17/2012   (310)306-4533    11:01:21 A
```

```
              Sales Receipt
Product         Sale   Unit      Final
Description      Qty   Price      Price

NEW YORK NY 10007
Zone 8 Priority Mail
Window Flat Rate Env
  1.00 oz.
  Expected Delive : Mon 08/20/12
  Delivery Confirmation           $0.75
  Label #:      9121430000208123385
                                ========
  Issue PVI:                     $5.90

Total:                           $5.90

Paid by:
Cash                            $20.00
Change Due:                    -$14.10
*****************************************
*****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
*****************************************
*****************************************

Order stamps at usps.com/shop or call
1-800-Stamp24.  Go to usps.com/clickn ship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************

Bill#: 1000303940968
Clerk: 05

   All sales final on stamps and postage
   Refunds for guaranteed services only
       Thank you for your business
*****************************************
*****************************************
       HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*****************************************
*****************************************


            Customer Copy
```

17

```
                 LOMPOC PO
              LOMPOC, California
                 934366526
               0581020436 -0098
04/24/2013      (800)275-8777        01:52:03 PM

                 Sales Receipt
Product          Sale  Unit         Final
Description      Qty   Price         Price

NEW YORK NY 10007                    $19.95
Zone-8 Express Mail
PO-Add Legal Flat Rate
Env
  5.80 oz.
  Label #: EI808876625US
  Fri 04/26/13 03:00PM - Expected
  Delivery. Money Back Guarantee
  Signature Requested
                                     ========
  Issue PVI:                         $19.95

Total:                               $19.95

Paid by:
Debit Card                           $19.95
  Account #:        XXXXXXXXXXXXX6732
  Approval #:       979565
  Transaction #:    274
  23 903600401
  Receipt#:         000307

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************


Bill#: 1000204602220
Clerk: 17

    All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
*******************************************
*******************************************
     HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*******************************************
*******************************************


           Customer Copy
```

```
                 LOMPOC PO
              LOMPOC, California
                 934366526
               0581020436 -0098
05/21/2013      (800)275-8777        12:26:16 PM

                 Sales Receipt
Product          Sale  Unit         Final
Description      Qty   Price         Price

00 NEW YORK NY 10007                 $6.95
Zone-8 Priority Mail
  5.60 oz.
  Expected Delivery: Thu 05/23/13
  Label #:
  9505 5103 5376 3141 4473 37
                                     ========
  Issue PVI:                         $6.95

Total:                               $6.95

Paid by:
Debit Card                           $6.95
  Account #:        XXXXXXXXXXXXX6732
  Approval #:       764605
  Transaction #:    489
  23 903600401
  Receipt#:         000548

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************


Bill#: 1000204613144
Clerk: 17

    All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
*******************************************
*******************************************
     HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

   TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*******************************************
*******************************************


           Customer Copy
```

18

LOMPOC PO
LOMPOC, California
934366526
0581020436 -0098
06/11/2013  - (800)275-8777    04:57:44 PM

───────── Sales Receipt ─────────
Product          Sale  Unit      Final
Description       Qty  Price      Price

00 NEW YORK NY 10007              $5.60
Zone-8 Priority Mail
Flat Rate Env
13.70 oz.
 Expected Delivery: Thu 06/13/13
 Label #:
 9505 5103 5376 3162 6101 16

 Issue PVI:                      $5.60

Total:                          $5.60

Paid by:
Debit Card                      $5.60
  Account #:        XXXXXXXXXXXX6732
  Approval #:       467579
  Transaction #:    754
  23 903600401
  Receipt#:         000855

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************

Bill#: 1000204628555
Clerk: 08

   All sales final on stamps and postage
   Refunds for guaranteed services only
       Thank you for your business
*****************************************
*****************************************
     HELP US SERVE YOU BETTER

 Go to: https://postalexperience.com/Pos

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*****************************************
*****************************************


       Customer Copy

---

LOMPOC PO
LOMPOC, California
934366526
0581020436 -0098
05/21/2013    (800)275-8777    12:26:16

───────── Sales Receipt ─────────
Product          Sale  Unit      Fir
Description       Qty  Price      Pri

00 NEW YORK NY 10007              $8
Zone-8 Priority Mail
5.60 oz.
 Expected Delivery: Thu 05/23/13
 Label #:
 9505 5103 5376 3141 4473 37

 Issue PVI:                      $8

Total:                          $8

Paid by:
Debit Card                      $8
  Account #:        XXXXXXXXXXXX6732
  Approval #:       764605
  Transaction #:    489
  23 903600401
  Receipt#:         000548

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknsh
to print shipping labels with postage.
other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want
with a secure Post Office Box. Sign up
a box online at usps.com/poboxes.
*****************************************
*****************************************

Bill#: 1000204613144
Clerk: 17

   All sales final on stamps and postag
   Refunds for guaranteed services on
       Thank you for your business
*****************************************
*****************************************
     HELP US SERVE YOU BETTER

 Go to: https://postalexperience.com/

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

     YOUR OPINION COUNTS
*****************************************
*****************************************


       Customer Copy

---

*19*

# PROOF OF SERVICE - CCP §1013a(1)

STATE OF CALIFORNIA          }

COUNTY OF LOS ANGELES        }

I, Mely Albeño, am over 18 years old and not a party to this action. I am employed in the County of Los Angeles, California. My business address is 2001 W. Olympic Blvd, #143, Santa Monica, CA 90404. On October 4, 2013, I caused to be delivered in sealed envelopes via U.S. Postal Service first class mail, postage prepaid, at Los Angeles, California, true and correct copies of: MOTION TO TAX COSTS. The foregoing addressed to the parties whose names appear below: Stuart Reiser, Attorney of Record for Troma Entertainment Inc., Continental Plaza II, 411 Hackensack Avenue, Hackensack, NJ 07601; Lance Robbins, Defendant, Pro Se, 23750 Canzonet Street, Woodland Hills, CA 91367. I declare under penalty of perjury and the laws of California that the foregoing is true and correct.


Dated this 4th day of October, 2013.

MELY ALBEÑO